IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

REBECCA LEVRETS,

          Plaintiff,

v.                              CIVIL ACTION NO. 2:12-cv-05135

GYNECARE,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

On October 19, 2020, I entered an order directing plaintiff to show cause on or before November 2, 2020, why this case should not be dismissed without prejudice as to the remaining defendant, Gynecare, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that this case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 3, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE